```
1   J.M. IRIGOYEN #177626
    Attorney at Law
2   J.M. IRIGOYEN LAW CORPORATION
    2131 Amador
3   Fresno, CA 93721

4   559.233.3333

5

    Attorney for Defendant
6   GEORGE EDWARD BUCHHOLZ

7
```

<div style="text-align:center">IN THE UNITED STATES DISTRICT COURT</div>

<div style="text-align:center">FOR THE EASTERN DISTRICT OF CALIFORNIA</div>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 06-cr-00171-OWW |
| Plaintiff, ) | |
| vs. ) | SUBSTITUTION OF ATTORNEYS |
| GEORGE EDWARD BUCHHOLZ, ) | |
| Defendant. ) | |
| _____) | |

J.M. IRIGOYEN, Attorney at Law is hereby substituted as attorney of record for the Defendant, GEORGE EDWARD BUCHHOLZ, in place and instead of EDWARD MARSHALL HODGKINS, III, Attorney at Law.

I hereby consent to the above substitution.

DATED: 06-01-06

<div style="text-align:right">s/J. M. Irigoyen<br>J.M. Irigoyen, Esq.</div>

I hereby consent to the above substitution.

DATED: 06-02-06

<div style="text-align:right">s/Edward Marshall Hodgkins, III<br>Edward Marshall Hodgkins, III</div>

I hereby consent to the above substitution.

1

DATED: 06-01-06

s/George Edward Buchholz
George Edward Buchholz

**IT IS SO ORDERED**

1    IT IS SO ORDERED.

2    **Dated:   June 8, 2006**                             /s/ Oliver W. Wanger
     emm0d6                                           UNITED STATES DISTRICT JUDGE