```
 1   J.M. IRIGOYEN #177626
     Attorney at Law
 2   J.M. IRIGOYEN LAW CORPORATION
     2131 Amador
 3   Fresno, CA 93721

 4   559.233.3333

 5
     Attorney for Defendant
 6   GEORGE EDWARD BUCHHOLZ

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10
     UNITED STATES OF AMERICA,  )  Case No: 06-cr-00171-OWW
11                              )
         Plaintiff,              )
12                              )
         vs.                    )  SUBSTITUTION OF ATTORNEYS
13                              )
     GEORGE EDWARD BUCHHOLZ,    )
14                              )
         Defendant.             )
15   _____)

16       J.M. IRIGOYEN, Attorney at Law is hereby substituted as

17   attorney of record for the Defendant, GEORGE EDWARD BUCHHOLZ,

18   in place and instead of EDWARD MARSHALL HODGKINS, III,

19   Attorney at Law.

20       I hereby consent to the above substitution.

21   DATED: 06-01-06

22
                                 s/J. M. Irigoyen
23                               J.M. Irigoyen, Esq.

24       I hereby consent to the above substitution.

25   DATED: 06-02-06

26                               s/Edward Marshall Hodgkins, III
                                 Edward Marshall Hodgkins, III
27

28       I hereby consent to the above substitution.
```

DATED: 06-01-06

s/George Edward Buchholz  
George Edward Buchholz

**IT IS SO ORDERED**

IT IS SO ORDERED.

**Dated:   June 8, 2006**                                        **/s/ Oliver W. Wanger**
emm0d6                                                                      UNITED STATES DISTRICT JUDGE