# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
NOV 0 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

)
**United States of America** )
vs. ) Case No. 06-cr-0171 OWW
George Buchholz )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____George Buchholz_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the following conditions: You are released to the third party custody of WestCare; You shall reside at & participate in Westcare Long Term Residential Therapeutic Community Drug Rehabilitation Program as directed by program staff and Pretrial Services; and, adding the following conditions: You shall reside at a residence approved by Pretrial Services & not absent yourself for more than 24 hours without prior Pretrial approval; Your travel is restricted to ED/CA and ND/CA unless otherwise approved in advance by Pretrial Services.  All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signed]_  10-30-06                    _[signed]_  10-30-06
Signature of Defendant   Date            Pretrial Services Officer   Date
George Buchholz                          Lydia Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_[signed]_                                              11/3/2006
Signature of Assistant United States Attorney           Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signed]_                                              10-30-06
Signature of Defense Counsel                            Date
J.M. Irigoyen

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  Nov. 6, 2006.
[ ] The above modification of conditions of release is *not* ordered.

_[signed]_                                              11/06/06
Signature of Judicial Officer                           Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services