```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
GEORGE BUCHHOLZ
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06 cr 171 OWW |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | SENTENCING |
| GEORGE BUCHHOLZ, ) | |
| Defendant. ) | |

It is stipulated and agreed between the parties that sentencing in the above matter currently set for May 5, 2008, be continued to June 16, 2008 at 9:00 a.m.

I hereby agree to the above stipulation.

Dated: May 1, 2008

　　　　　　　　　　　　　　　　　　s/J.M. Irigoyen

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　by: J.M. Irigoyen
　　　　　　　　　　　　　　　　　　Attorney for Defendant

//

//

//

//

1

```
1          I hereby consent to the above stipulation.
2    DATED: May 1, 2008
                                         s/Laurel Montoya
3                                        _____
4                                        By: Laurel Montoya
                                         Assistant U.S. Attorney
5
6
7                       ORDER CONTINUING SENTENCING DATE
8
          IT IS SO ORDERED.
9
     Dated:   May 2, 2008                    /s/ Oliver W. Wanger
10                                       UNITED STATES DISTRICT JUDGE
```