```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
GEORGE BUCHHOLZ
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06 cr 171 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | SENTENCING |
| GEORGE BUCHHOLZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

It is stipulated and agreed between the parties that sentencing in the above matter currently set for June 16, 2008, be continued to July 7, 2008 at 9:00 a.m.

I hereby agree to the above stipulation.

Dated: June 11, 2008

                                       s/J.M. Irigoyen

                                       _____
                                       by: J.M. Irigoyen
                                       Attorney for Defendant

//

//

//

//

```
1         I hereby consent to the above stipulation.
2    DATED: June 11, 2008
                                           s/Laurel Montoya
3                                          _____
4                                          By: Laurel Montoya
                                           Assistant U.S. Attorney
5
6
7                      ORDER CONTINUING SENTENCING DATE
8
         IT IS SO ORDERED.
9
     Dated:   June 12, 2008                   /s/ Oliver W. Wanger
10                                          UNITED STATES DISTRICT JUDGE
```