```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
GEORGE BUCHHOLZ
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 06 cr 171 OWW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO CONTINUE SENTENCING |
| GEORGE BUCHHOLZ, | ) | |
| Defendant. | ) | |

It is stipulated and agreed between the parties that sentencing in the above matter currently set for July 7, 2008, be continued to August 4, 2008 at 9:00 a.m.

I hereby agree to the above stipulation.

Dated: July 2, 2008

                                    s/J.M. Irigoyen

                                    _____
                                    by: J.M. Irigoyen
                                    Attorney for Defendant

//

//

//

//

```
1        I hereby consent to the above stipulation.
2   DATED: July 2, 2008
                                        s/Laurel Montoya
3                                       _____
4                                       By: Laurel Montoya
                                        Assistant U.S. Attorney
5
6
7                      ORDER CONTINUING SENTENCING DATE
8
         IT IS SO ORDERED.
9
    Dated:   July 3, 2008                    /s/ Oliver W. Wanger
10                                       UNITED STATES DISTRICT JUDGE
```