```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
GEORGE BUCHHOLZ
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  ) <br>      Plaintiff,  ) <br>  ) <br>      vs.  ) <br>  ) <br> GEORGE BUCHHOLZ,  ) <br>  ) <br>      Defendant.  ) <br> _____) | Case No. 06 cr 171 OWW<br><br>STIPULATION TO CONTINUE<br>SENTENCING |

It is stipulated and agreed between the parties that sentencing in the above matter currently set for July 7, 2008, be continued to August 4, 2008 at 9:00 a.m.

I hereby agree to the above stipulation.

Dated: July 2, 2008

```
                                s/J.M. Irigoyen

                                _____
                                by: J.M. Irigoyen
                                Attorney for Defendant
```

//

//

//

//

1

```
 1        I hereby consent to the above stipulation.
 2   DATED: July 2, 2008
                                          s/Laurel Montoya
 3                                        _____
 4                                        By: Laurel Montoya
                                          Assistant U.S. Attorney
 5
 6
 7                    ORDER CONTINUING SENTENCING DATE
 8
          IT IS SO ORDERED.
 9
     Dated:   July 3, 2008                    /s/ Oliver W. Wanger
10                                        UNITED STATES DISTRICT JUDGE
```