McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
United States Courthouse
Fresno, California 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-0171 OWW |
| ) | |
| Plaintiff, ) | |
| ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| ) | |
| GEORGE BUCHHOLZ, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, on or about February 28, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant George Buchholz forfeiting to the United States the following property:

        a.   A 2006 BMC Bobber 88 Motorcycle, VIN: 1B9HB28806B565050[1/], Paper Tags;

        b.   A 2000 Suzuki Hayabusa GSX 1300 Motorcycle, VIN: JS1GW71A6Y2107464, License Number 17S3017;

---

**1/** The VIN on this motorcycle has been listed in two different ways through this litigation. The correct VIN is as listed here: 1B9HB28806B565050.

1

1        c.   Approximately $3,100.00 in United States Currency; and,

2        d.   One Savage Arms, .20 gauge shotgun, Kimel Kamper Model KKI, serial number D455526.

AND WHEREAS, on March 17, 24, and 31, 2008, the United States published notice of the Court's Order of Forfeiture in The Business Journal (Fresno County), a newspaper of general circulation located in the county in which the above-listed properties were seized.  Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited properties;

AND WHEREAS, the United States sent direct written notice by certified mail to the following persons or entities known to have an alleged interest in the above-listed properties: Freedom Rider of Fresno;

AND WHEREAS, Freedom Rider of Fresno joined with the United States on April 2, 2008, in a Motion for Interlocutory Sale alleging a lien holder interest in item (a) listed above.

AND WHEREAS, the Court has been advised that no other third party has filed a claim to the subject properties and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the following properties pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of defendant George Buchholz:

///

        a.    All net proceeds from the sale of the 2006 BMC Bobber 88 Motorcycle, VIN: 1B9HB28806B565050, Paper Tags[2/];

        b.    A 2000 Suzuki Hayabusa GSX 1300 Motorcycle, VIN: JS1GW71A6Y2107464, License Number 17S3017;

        c.    Approximately $3,100.00 in United States Currency; and,

        d.    One Savage Arms, .20 gauge shotgun, Kimel Kamper Model KKI, serial number D455526.

2. All right, title, and interest in the above-listed properties shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject properties until they are disposed of according to law.

4. Within thirty (30) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return the following to defendant George Buchholz through his attorney J. M. Irigoyen at 2131 Amador Street, Fresno, CA 93721, telephone (559) 233-3333:

        a.    1999 Custom Motorcycle, VIN: 5CDFKB524XG001186, License Number 17E1659.

SO ORDERED THIS 8th day of August, 2008.

        /s/ OLIVER W. WANGER
        OLIVER W. WANGER
        United States District Judge

---

[2/] See the Motion for Interlocutory Sale filed on April 2, 2008 (Doc. 319).

3