

FILED
DEC 19 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  J.M. IRIGOYEN #177626
   Attorney at Law
2  J.M. IRIGOYEN LAW CORPORATION
   2131 Amador
3  Fresno, CA 93721

4  559.233.3333

5  Attorney for Defendant
   GEORGE EDWARD BUCHHOLZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 06-cr-00171-OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **EX PARTE MOTION TO RETURN CASH BOND; DECLARATION & ORDER THEREON** |
| vs. | ) | |
| GEORGE EDWARD BUCHHOLZ, | ) | |
| Defendant. | ) | The Honorable: Oliver Wanger |

This Court pronounced Judgment in this case on July 7, 2008. Defendant, George Buchholz, hereinafter referred to as DEFENDANT, was sentenced to forty-eight (48) months in custody, pursuant to his plea agreement, with a surrender date of November 3, 2008. DEFENDANT did surrender himself on November 3, 2008, and is now in custody of the BOP serving the 48 month sentence.

A $10,000.00 cash-bond was provided to the Court as surety for DEFENDANT'S pre - trial release. The money was posted by DEFENDANT'S mother, Georgia Hallyburton.

1    It is respectfully requested that the $10,000 cash bond
2 be released to Georgia Hallyburton.
3 Dated: December 16, 2008.
4
5 J.M. IRIGOYEN LAW CORPORATION
6
7 s/J.M. Irigoyen
8 By: _____
    J. M. Irigoyen
9   Attorney for Defendant
    George Buchholz

### DECLARATION OF J.M. IRIGOYEN

I, J.M. IRIGOYEN, Esq., declare as follows:

1. I am an attorney at law, licensed to practice in the Courts of the State of California and in Federal Courts of the United States; I am the attorney representing GEORGE BUCHHOLZ in the case. I have represented him since 6-12-06.

2. On 7-28-06, DEFENDANT GEORGE BUCHHOLZ, was ordered released on a cash bond in the amount of $10,000.00. His mother Georgia Hallyburton posted the bond.

3. On July 7, 2008, DEFENDANT was sentenced to forty-eight (48) months.

4. On November 3, 2008, DEFENDANT surrendered himself and is now in custody of the BOP serving the 48 month sentence.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on December 16, 2008, at Fresno, California.

s/J.M. Irigoyen

_____
J. M. Irigoyen
Declarant

**ORDER**

**IT IS SO ORDERED.** The property bond in the amount of $10,000.00 shall be returned to Georgia Hallyburton.

Dated: 12-18-08

_____
Oliver W. Wanger, Judge
United States District Court
Eastern District of California