





J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333

Attorney for Defendant
GEORGE EDWARD BUCHHOLZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GEORGE EDWARD BUCHHOLZ,

Defendant.

Case No: 06-cr-00171-OWW

**EX PARTE MOTION TO RETURN CASH BOND; DECLARATION & ORDER THEREON**

The Honorable: Oliver Wanger

This Court pronounced Judgment in this case on July 7, 2008. Defendant, George Buchholz, hereinafter referred to as DEFENDANT, was sentenced to forty-eight (48) months in custody, pursuant to his plea agreement, with a surrender date of November 3, 2008. DEFENDANT did surrender himself on November 3, 2008, and is now in custody of the BOP serving the 48 month sentence.

A $10,000.00 cash-bond was provided to the Court as surety for DEFENDANT'S pre - trial release. The money was posted by DEFENDANT'S mother, Georgia Hallyburton.

It is respectfully requested that the $10,000 cash bond be released to Georgia Hallyburton.

Dated: December 16, 2008.

J.M. IRIGOYEN LAW CORPORATION

s/J.M. Irigoyen

By: ______________________________
J. M. Irigoyen
Attorney for Defendant
George Buchholz

DECLARATION OF J.M. IRIGOYEN

I, J.M. IRIGOYEN, Esq., declare as follows:

1. I am an attorney at law, licensed to practice in the Courts of the State of California and in Federal Courts of the United States; I am the attorney representing GEORGE BUCHHOLZ in the case. I have represented him since 6-12-06.

2. On 7-28-06, DEFENDANT GEORGE BUCHHOLZ, was ordered released on a cash bond in the amount of $10,000.00. His mother Georgia Hallyburton posted the bond.

3. On July 7, 2008, DEFENDANT was sentenced to forty-eight (48) months.

4. On November 3, 2008, DEFENDANT surrendered himself and is now in custody of the BOP serving the 48 month sentence.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on December 16, 2008, at Fresno, California.

s/J.M. Irigoyen

J. M. Irigoyen
Declarant

**ORDER**

**IT IS SO ORDERED.** The property bond in the amount of $10,000.00 shall be returned to Georgia Hallyburton.

Dated: 12-18-08

Oliver W. Wanger, Judge
United States District Court
Eastern District of California